# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| DAVID A. ABSTON | * | CIVIL ACTION NO. 2:15-cv-2386 |
| B.O.P. #08248-068 | * | |
| | * | |
| v. | * | JUDGE MINALDI |
| | * | |
| | * | |
| FEDERAL BUREAU OF PRISONS, | * | |
| ET AL | * | MAGISTRATE JUDGE KAY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 10) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, consideration of Abston's Objections (Rec. Doc. 11), and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that Abston's civil rights complaint is **DENIED** and **DISMISSED WITH PREJUDICE** as barred by the statute of limitations, rendering same frivolous as a matter of law in accordance with the provisions of 28 U.S.C. §§ 1915(e)(2)(B)(i) and 1915A(b)(1).

Lake Charles, Louisiana, this ___ day of _March_____, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE